1904. La solicitud fué declarada con lugar. Abogado del petitionario: *Sr. Dexter.*

———

No. 14. EX PARTE SUÁREZ.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Febrero 17, 1904. Se declaró desierto el recurso por no haber comparecido en tiempo la parte apelante. Abogado del apelante: *Sr. Castro, (Cruz).*

———

No. 16. ARRUZA v. MALDONADO.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en Febrero 24, 1904. Se declaró desierto el recurso por no haber comparecido la parte apelante. Abogado del apelado: *Sr. Casaldúc.*

———

No. 3. AMERICAN COLONIAL BANK v. EL REGISTRADOR DE LA PROPIEDAD.—Recurso de queja contra el Registrador de la Propiedad de Caguas. Resuelto en Febrero 26, 1904. Con lugar la queja. Abogado del recurrente: *Sr. Guzmán Benítez.*

———

No. 88. CERECEDO HERMANOS Y CA. v. GELY ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Febrero 27, 1904. Desistido á instancia de la parte apelante. Abogados de los apelantes: *Sres: Diaz y Texidor.*

———

No. 21. ROMERO v. BALDORIOTY ET AL.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Mar-